IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 20-cr-50003 |
| v. | ) | |
| | ) | Magistrate Judge Lisa A. Jensen |
| Nicole Smith, | ) | |
| | ) | |
| *Defendant.* | ) | |

**ORDER**

REPORT AND RECOMMENDATION as to Nicole Smith (3): It being that Defendant Nicole Smith has successfully complied with the terms and conditions of the agreement to defer prosecution, it is this Court's Report and Recommendation that the Government's oral motion to dismiss without prejudice all counts of the indictment against Defendant Nicole Smith be granted and that the indictment therefore be dismissed without prejudice only as to Defendant Nicole Smith. See Fed. R. Crim. P. 48(a). Any objection to this Report and Recommendation shall be filed by 11/12/2021. Failure to object may constitute a waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260 (7th Cir. 1989). Signed by the Honorable Lisa A. Jensen on 10/28/2021.

Date: 10/28/2021          By: _/s/ Lisa A. Jensen_
                                                         Lisa A. Jensen
                                                         United States Magistrate Judge