IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 20 CR 50003-3 |
| | ) | |
| v. | ) | |
| | ) | Judge Philip G. Reinhard |
| Nicole Smith, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

  This matter comes before the court on the Report and Recommendation ("R & R") [116] of Magistrate Judge Jensen recommending that the indictment against only defendant Nicole Smith be dismissed as to all counts against her. The court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. *See* Fed. R. Civ. P. 72(b)(3). The court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). In this case, the court has received no objections to the R & R (*see* [116], showing that objections were due by November 12, 2021). The court has reviewed the record in this case and finds that the October 28, 2021 R & R is not clearly erroneous. Accordingly, the court adopts in its entirety Judge Jensen's R & R. The indictment against only defendant Nicole Smith is hereby dismissed.

Date: 11/16/2021        ENTER:

                    *Philip G. Reinhard*
                    United States District Court Judge

                    Electronic Notices. (LC)